FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Golden Bridge Technology, Inc.   v.   Apple Inc. and Motorola Mobility, LLC

No. 2013-1496

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:   Golden Bridge Technology, Inc.
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

- Name: Mark D. Giarratana, Esquire
- Law firm: McCarter & English LLP
- Address: City Place I, 185 Asylum Street
- City, State and ZIP: Hartford, CT 06103
- Telephone: (860) 275-6719
- Fax #: (860) 724-3397
- E-mail address: mgiarratana@mccarter.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 8/24/1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

July 17, 2013                    /s/ Mark D. Giarratana
Date                             Signature of pro se or counsel

cc: Counsel for Apple Inc. and Motorola Mobility, LLC

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

2013-1496

GOLDEN BRIDGE TECHNOLOGY, INC.,

*Plaintiff-Appellant*,

v.

APPLE INC.,

*Defendant-Appellee,*

and

MOTOROLA MOBILITY, LLC,

*Defendant-Appellee.*

_____

Appeal from the United States District for the District
of Delaware in case no. 10-CV-428, Judge Sue L. Robinson

_____

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2013, a true and correct copy of the Entry of Appearance of Mark D. Giarratana was caused to be served on the below listed counsel via electronic mail and first class mail:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19899-0951<br>rhorwitz@potteranderson.com<br><br>*Attorney for Defendant-Appellee*<br>*Apple Inc.* | Timothy S. Teter, Esquire<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>teterts@cooley.com<br><br>*Attorney for Defendant-Appellee*<br>*Apple Inc.* |

ME1 16059407v.1

<div style="display: flex;">

<div>

Jack Blumenfeld, Esquire
MORRIS, NICHOLS, ARSHT &
   TUNNELL LLP
1201 N. Market St.
P. O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com

*Attorney for Defendant-Appellee*
*Motorola Mobility, LLC*


Dated: July 17, 2013

</div>

<div>

Vanessa M. Blake, Esquire
KILPATRICK TOWNSEND &
   STOCKTON, LLP
1100 Peachtree Street, St. 2800
Atlanta, GA 30309
vblake@kilpatricktownsend.com

*Attorney for Defendant-Appellee*
*Motorola Mobility, LLC*


McCARTER & ENGLISH, LLP

/s/ Mark D. Giarratana
Mark D. Giarratana
Eric E. Grondahl
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
*mgiarratana@mccarter.com*
*egrondahl@mccarter.com*

Michael P. Kelly
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
*mkelly@mccarter.com*

*Attorneys for Plaintiff-Appellant*
*Golden Bridge Technology, Inc.*

</div>

</div>