# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: July 18, 2013**

Official Caption[1]

2013-1496

GOLDEN BRIDGE TECHNOLOGY, INC.,

Plaintiff-Appellant,

v.

APPLE INC.,

Defendant-Appellee,

and

MOTOROLA MOBILITY, LLC,

Defendant.

Appeal from the United States District Court for the District of Delaware in case no. 10-CV-0428, Judge Sue L. Robinson.

Authorized Abbreviated Caption[2]

GOLDEN BRIDGE TECHNOLOGY V APPLE INC., 2013-1496

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.